```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    SEALED INDICTMENT
                                 :
         - v. -                  :    22 Cr.
                                 :
JOSEPH BRADDY,                   :
     a/k/a "Junior,"             :
     a/k/a "June,"               :
IRENE MALDONADO,                 :
     a/k/a "Auntie,"             :
     a/k/a "Titi," and           :
STEVEN KING,                     :
     a/k/a "AK,"                 :
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - x
```

22 CRIM 115

### COUNT ONE

The Grand Jury charges:

1. From at least in or about January 2019 up to and including at least in or about February 2022, in the Southern District of New York and elsewhere, JOSEPH BRADDY, a/k/a "Junior," a/k/a "June," IRENE MALDONADO, a/k/a "Auntie," a/k/a "Titi," and STEVEN KING, a/k/a "AK," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSEPH BRADDY, a/k/a "Junior," a/k/a "June," IRENE MALDONADO, a/k/a "Auntie," a/k/a "Titi," and STEVEN KING, a/k/a "AK," the

defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that JOSEPH BRADDY, a/k/a "Junior," a/k/a "June," IRENE MALDONADO, a/k/a "Auntie," a/k/a "Titi," and STEVEN KING, a/k/a "AK," the defendants, conspired to distribute and possess with intent to distribute were: (i) 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B), and (ii) 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offense alleged in Count One of this Indictment, JOSEPH BRADDY, a/k/a "Junior," a/k/a "June," IRENE MALDONADO, a/k/a "Auntie," a/k/a "Titi," and STEVEN KING, a/k/a "AK," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used,

in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### SUBSTITUTE ASSETS PROVISION

5. If any of the above-described forfeitable property, as a result of any act or omission of JOSEPH BRADDY, a/k/a "Junior," a/k/a "June," IRENE MALDONADO, a/k/a "Auntie," a/k/a "Titi," and STEVEN KING, a/k/a "AK," the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____          _____
FOREPERSON                               DAMIAN WILLIAMS
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

JOSEPH BRADDY, et al.,

Defendants.

---

SEALED INDICTMENT

22 Cr.

(Title 21, United States Code,
Section 846.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

2/22/22    Filed Indictment under seal
           Arrest warrant issued

USMJ Gorenstein

MG