```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
            -v-                           :      22cr115 (DLC)
                                          :
 JOSEPH BRADDY, IRENE MALDONADO, and      :         ORDER
 STEVEN KING,                             :
                                          :
                      Defendants.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference in this matter is scheduled to take place in person in Courtroom 18B, 500 Pearl Street, on **March 2, 2022 at 2:00 PM.** In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear an N95 or KN95 mask that covers their nose and

mouth in the courthouses. Medical masks, bandannas, gaiters and masks with valves are prohibited.

IT IS FUTHER ORDERED that at that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

SO ORDERED:

Dated:   New York, New York
         February 25, 2022

_____
DENISE COTE
United States District Judge