UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    -v-                 :         22cr115-1(DLC)
                                        :
JOSEPH BRADDY,                          :         ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on September 16, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that sentencing is scheduled for December 23, 2022 at 11:00 AM in Courtroom 18B, 500 Pearl Street. Defense submissions are due December 9, and Government submissions are due December 16.

SO ORDERED:

Dated:    New York, New York
          September 22, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge