```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :      22cr115-1(DLC)
                                         :
JOSEPH BRADDY,                           :         ORDER
                                         :
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for December 23 is moved to **December 21, 2022 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          December 15, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge