```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :        22 Cr. 115 (DLC)
                                       :
 JOSEPH BRADDY,                        :            ORDER
                                       :
                       Defendant.      :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On December 21, 2022, defendant Joseph Braddy was sentenced principally to 120 months' imprisonment.  The Judgment of Conviction recommended that Braddy be monitored and receive treatment for a kidney cyst that was diagnosed while he was in custody.

On March 21, 2024, Braddy filed a petition for compassionate release pursuant to 18 U.S.C. § 3582(c)(1).  Among other reasons, Braddy's request for compassionate release was based on his concern that he was not receiving adequate monitoring and treatment for the kidney cyst.  The motion for compassionate release was denied on April 24.  Accordingly, it is hereby

ORDERED that the Bureau of Prisons is reminded of the Court's recommendation that Braddy be monitored and receive treatment for his kidney cyst.

SO ORDERED:

Dated:  New York, New York
        April 24, 2024

                                                    _____
                                                          DENISE COTE
                                          United States District Judge