```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :   22cr115-1 (DLC)
              -v-                        :
                                         :        ORDER
JOSEPH BRADDY,                           :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to a request from the Court of Appeals, it is hereby

ORDERED that the Court Reporter's Office for the Southern District of New York transmit to the Clerk's Office for the Second Circuit Court of Appeals the sealed transcript of the December 21, 2022 sentencing proceedings of Joseph Braddy.

Dated:   New York, New York
         April 18, 2025

                                          _____
                                               DENISE COTE
                                          United States District Judge